

*OFFICE OF THE CLERK*
*UNITED STATES DISTRICT COURT*
*for the*
*MIDDLE DISTRICT of PENNSYLVANIA*

**U.S. Courthouse, Suite 218**
**240 West Third Street**
**Williamsport, PA 17701**
Internet Address: **www.pamd.uscourts.gov**

**MARIA E. ELKINS**                                         (570) 323-6380
CLERK OF COURT                                         FAX (570) 323-0636


MEMORANDUM


TO:         Gidget Jean Meyer

FROM:    Clerk, US District Court, Middle District of PA

DATE:    July 14, 2014

We are in receipt of your filing(s) in your ten previous cases. We note that all previous cases have been dismissed and are closed.

Attached please find a form complaint and affidavit for pro se filings. If you are seeking further relief, you must fill out and file a complaint and application to proceed in forma pauperis.


                              Maria E. Elkins, Clerk of Court
                              By: Lisa A. Gonsalves, deputy